IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-551 T
(Judge Allegra)

CHAFIN BRANCH COAL CO., INC., and HAMPDEN COAL CO., INC.,

Plaintiffs

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

In their last filing, the parties reported that the Justice Department had accepted the plaintiffs' settlement offer and would arrange payment in due course. The defendant has already sent payments in settlement of plaintiff Chafin Branch Coal's claims and expects that it will soon send checks for plaintiff Hampden Coal. When the plaintiffs have received their payments, the parties will file a stipulation to dismiss this case with prejudice.

The plaintiffs' attorney has stated that the defendant's trial attorney may submit this document as a joint filing. It is being filed electronically.

Respectfully submitted,

s/Robert Stoddart
ROBERT STODDART
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
(202) 307-6445; FAX: (202) 514-9440
Robert.C.Stoddart@usdoj.gov
June 13, 2005

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

Of Counsel