IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 00-551 T
(Judge Allegra)

CHAFIN BRANCH COAL CO., INC., and HAMPDEN COAL CO., INC.,

Plaintiffs

v.

THE UNITED STATES,

Defendant

STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any attorney's fees or other expenses of litigation.

ALEX F. LANKFORD, III
P.O. Box 123
3000 AmSouth Bank Building
Mobile, Alabama 36601
(251) 694-6222

Attorney for Plaintiffs

6/20/05
ROBERT C. STODDART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office Washington, D.C. 20044
(202) 307-6445

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section

Attorneys for Defendant

ELECTRONICALLY FILED