# In the United States Court of Federal Claims

No. 00-551T

(Filed: July 18, 2005)

---

CHAFIN BRANCH COAL CO., INC., et al.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 20, 2005, the court received the parties' stipulation for dismissal. The Clerk is hereby directed to dismiss plaintiff's complaint, with prejudice. No costs.

**IT IS SO ORDERED**.

s/ Francis M. Allegra
Francis M. Allegra
Judge