# In the United States Court of Federal Claims

**No. 00-551 T**

**CHAFIN BRANCH COAL CO., INC., et al.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 18, 2005,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

July 20, 2005 By: s/ Debra L. Samler

Deputy Clerk